

Anne C. Reddy
Tel 212.801.9211
Fax 212.224.6114
reddya@gtlaw.com

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    January 30, 2023
          New York, NY

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Outlogic, LLC v. Advan Research Corporation, LLC.,* No. 22-cv-08038 (NRB) (SDA)

Dear Judge Buchwald:

We represent Defendant Advan Research Corporation, LLC ("Advan") in the above-captioned matter. In accordance with Outlogic's motion to seal [Doc. 20] so ordered on December 27, 2022 [Doc. 30], Advan moves to fil its Rule 56.1 Counterstatement of Material Facts in Opposition to Plaintiff Outlogic LLC's ("Outlogic") Motion for Summary Judgment and Statement of Material Facts in Support of Advan's Cross-Motion for Summary Judgment under seal. Pursuant to this Court's Individual Practices, an unredacted version of these documents will be filed with access limited to the Court and parties to this action.

For the reasons set forth in Outlogic's motion to seal [Doc. 20], Advan likewise moves for leave to file these materials under seal insofar as they have been redacted pursuant to, and are subject to, the Court's December 27, 2022 order. Advan has not added any redactions of its own; this motion is merely to conform the redactions with those granted by the Court pursuant to Outlogic's motion.

Accordingly, Advan respectfully requests that the Court grants its motion and permit the unredacted version of Advan's Local Rule 56.1 Counterstatement of Material Facts and Statement of Material Facts be filed under seal.

Should the Court have any questions or require additional submissions from Advan on any issue set forth in this letter, we respectfully request the Court to so advise.

Respectfully submitted,

Anne C. Reddy

cc: All counsel on ECF service list