UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OUTLOGIC, LLC,

                Plaintiff,                          22 **CIVIL** 8038 (NRB)

       -against-                            **JUDGMENT**

ADVAN RESEARCH CORPORATION, LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 18, 2023, plaintiff's motion for summary judgment is denied and defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         July 18, 2023

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court

                              **BY:**

                                                           **Deputy Clerk**